**Electronically Filed
Supreme Court
SCWC-20-0000035
21-OCT-2021
01:22 PM
Dkt. 6 ODAC**

SCWC-20-0000035

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

SON KYONG AMII,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000035; CASE NO. 1DCW-19-0002613)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Son Kyong Amii's
Application for Writ of Certiorari filed on September 7, 2021,
is hereby rejected.

DATED: Honolulu, Hawai‘i, October 21, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

